

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:         01-14-00488-CV

Style:         Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's v. American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; Roger Woolsey; and Carl Moody

Date motions filed:        August 19, 2014

Type of motions:        Motion for Pro Hac Vice Admission of Nancy F. Rigby and Don Jackson's Motion in Support of Pro Hac Vice Admission

Party filing motions:        Nancy F. Rigby and Don Jackson (Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's)

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due:

        ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

    ☐    Denied

    ☐    Dismissed

    ☐    Other: _____

Judge's signature:   /s/ Jim Sharp
          ☑ Acting individually

Date:  September 16, 2014